Julius Pezenik, Respondent, v. Massachusetts Bonding and Insurance Company, Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ. [135 Misc. 642.]

Paramount Hotel Corporation, Appellant, v. Hardwood Products Corporation, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Paramount Hotel Corporation, Respondent, v. John J. Glynn and Jack Rothstone, as Administrators, etc., of Arnold Rothstein, Deceased, Appellants. — Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of J. Frederick Becker, Attorney and Counselor at Law, Respondent, to Fix His Lien, Pursuant to Provisions 474–475 of the Judiciary Law█ of the State of New York, in an Action Brought by Nathan Karp and George Seltzer, Copartners, etc., against The Joint Board of The Cloak, Suit, Skirt, Dress and Reefer Makers Unions of The International Ladies Garment Workers Union, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Pathe Exchange, Inc., Respondent, v. R. M. Hamilton and Another, as Trustees, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Pathe Exchange, Inc., Respondent, v. R. M. Hamilton and Another, as Trustees, etc., Appellants.— Order affirmed with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

The People of the State of New York, Respondent, v. Anna Smith and Others, Appellants.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Sarah Olchin, Respondent, v. Joseph Holme, Inc., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J. Merrell, O'Malley, Sherman and Townley, JJ.

Lavinia Swift, Respondent, v. Iron Steamboat Company, Appellant.— Judgment and order reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $2,705.27; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Frank J. Killie, Respondent, v. Hibernia Trust Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Rebecca Pollock, Respondent, v. Herman Lawanda, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Sarah Balaban, Respondent, v. Inez R. Graves and Others, Defendants, Impleaded with Henry Shapiro and Others, Appellants.— Judgment affirmed,